FILED
2012 Nov-16 AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

KENT DUKE, et al.,            }
                              }
    Plaintiffs,               }
                              }       CIVIL ACTION NO.
v.                            }       12-AR-0157-S
                              }
NATIONSTAR MORTGAGE, L.L.C,   }
                              }
    Defendant.                }

## MEMORANDUM OPINION AND ORDER

Insofar as the motion of defendant, Nationstar Mortgage, L.L.C., filed on November, 9, 2012, seeks additional time within which to provide the documents ordered by the court for *in camera* examination and review, the motion is GRANTED. Otherwise, the motion is DENIED. The new deadline for delivery of the documents is **December 27, 2012**. If, in the meanwhile, defendant files a petition for writ of *mandamus*, the case will be stayed pending a ruling on the petition.

Plaintiffs' motion to compel filed on September 18, 2012, to the extent not heretofore granted, is DENIED.

DONE this 16th day of November, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE